```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 34094
   DORIS ANNETTE STURDIVAN NIMOCKS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8192

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/14/2004 and was confirmed 01/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  56.03% from remaining funds.

     The case was paid in full 11/20/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY          2488.37         113.57       2488.37
CITY OF CHICAGO PARKING   UNSECURED OTH      280.00            .00        156.83
PREMIER BANCARD CHARTER   UNSECURED          445.67            .00        249.69
INTERNAL REVENUE SERVICE  UNSECURED        20489.25            .00      11479.10
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED            .00            .00
HOROWITZ & WEINSTEIN      FILED LATE         302.66            .00            .00
MERCY HOSPITAL            UNSECURED       NOT FILED            .00            .00
NATIONWIDE CASSEL         UNSECURED         7080.87            .00       3967.06
NORTHWESTERN MEMORIAL HO  UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          639.86            .00        358.48
PETER FRANCIS GERACI      DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                        1,246.90
DEBTOR REFUND             REFUND                                           381.12

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            23,141.12

PRIORITY                                     2,488.37
    INTEREST                                   113.57
SECURED                                           .00
UNSECURED                                   16,211.16
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         1,246.90
DEBTOR REFUND                                  381.12
                   ---------------       ---------------
TOTALS             23,141.12                23,141.12


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 34094 DORIS ANNETTE STURDIVAN NIMOCKS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE